**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Yahya ALI, Defendant–Appellant.**

**No. 06–12074
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2007.

Ronald W. Maxwell, Ronald W. Maxwell, P.A., Jacksonville, FL, for Defendant–Appellant.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

---

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Ronald W. Maxwell, appointed counsel for Yahya Ali in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In response to counsel's *Anders* brief, Ali filed a brief, but also moved for leave to file out-of-time a supplemental brief. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Ali's motion for leave is **DENIED,** and Ali's conviction and sentence are **AFFIRMED.**